No. 92–9234. DEMPSEY v. SEARS, ROEBUCK & CO. App. Ct. Mass. Certiorari denied.

No. 92–9235. CATO v. MORALES, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 92–9236. COBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 92–9237. DOWNS v. KING, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–9238. BEAVERS v. VIRGINIA. Sup. Ct. Va. Certiorari denied. ▮▮▮▮

No. 92–9239. BROWNING v. MARANS ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 92–9240. DENLINGER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–1. LAVESPERE v. NIAGARA MACHINE & TOOL WORKS, INC. C. A. 5th Cir. Certiorari denied.

No. 93–2. DULA ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 93–5. WATERS ET AL. v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮

No. 93–6. YARI v. WINDSOR PROPERTIES, INC., ET AL. C. A. 5th Cir. Certiorari denied. ▮▮▮▮

No. 93–7. AMERICAN DENTAL ASSN. v. REICH, SECRETARY OF LABOR, ET AL. C. A. 7th Cir. Certiorari denied. ▮▮▮▮

No. 93–8. GLEESON v. KAMINSKI ET AL. Super. Ct. Pa. Certiorari denied. ▮▮▮▮

No. 93–10. CULLEN v. TRAINOR, ROBERTSON, SMITS & WADE ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–11. QUILL CORP. v. NORTH DAKOTA, BY AND THROUGH ITS TAX COMMISSIONER, HANSON. Sup. Ct. N. D. Certiorari denied. ▮▮▮▮